JS6

**NOTE CHANGES MADE BY THE COURT.**

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| MARIA RENTERIA, BEATRIZ JIMENEZ, and JUANA GARCIA, individuals, <br><br> Plaintiffs, <br><br> vs. <br><br> SIMPAT BESHIRIAN, an individual, and 724 BEACON INVESTMENT, LLC, a limited liability company, and 730 BEACON INVESTMENT, LLC, a limited liability company, <br><br> Defendants. | Case No.: CV12-05848-PA (MRWx) <br><br> Assigned to Courtroom: 15 <br> The Hon. Percy Anderson <br><br> **ORDER RE JOINT STIPULATION TO DISMISS ACTION** <br><br> Action Commenced: July 6, 2006 <br> Trial Date: Not Set <br> Discovery Cut-Off: Not Set <br> Law & Motion Cut-Off: Not Set |

**ORDER**

Good cause appearing therefore, and in the interest of justice, the above-captioned action is dismissed with prejudice as to all causes of action in the Complaint. ~~The Court shall retain jurisdiction solely to enforce~~ terms of the ~~settlement agreement and mutual release.~~

IT IS SO ORDERED

Dated 9/21/12

United States District Judge

-1-

ORDER RE JOINT STIPULATION TO DISMISS ACTION